**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 13, 2021

**COSTCO WHOLESALE CORPORATION V. DEPARTMENT OF THE ARMY ET AL**
Case # 2:21–cv–01388–RSL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature – Secondary Attorney(s)**
The secondary attorney(s) Nicholas Gillard–Byers indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Nicholas Gillard–Byers as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section III(L) of the Electronic Filing Procedures.

**Notice of Pendency of Other Action**
Per Local Civil Rule 3(h), whenever a party knows or learns its pending case involves all or a material part of the same subject matter and all or substantially the same parties as another action that is pending in any other federal or state court, before an administrative body, or before an arbitrator, **the party must file a Notice of Pendency of Other Action within five days of learning of the other action.** This Notice should be electronically filed as soon as possible by going to **Notices** and selecting **Notice of Pendency of Other Action**.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file