The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORP., | Case No. 2:21-cv-01388-RSL |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME |
| v. | |
| DEPARTMENT OF THE ARMY, et al. | |
| Defendant. | |

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move for an extension of time for Defendants to respond to the Complaint. The parties agree that Defendants' responsive pleading to the Complaint should be due January 24, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties are currently attempting to resolve this matter without the need for litigation. Therefore, the parties believe good cause exists for a brief stay

STIPULATION FOR EXTENSION OF TIME
2:21-cv-1388-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to allow the parties to continue their efforts to resolve the case and saving the Court and the parties from spending unnecessary time and resources on this matter.

Stipulated to and presented this 10th day of January, 2022.

| | |
|---|---|
| WINTERBAUER & DIAMOND | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Nicholas Gillard-Byers*<br>NICHOLAS GILLARD-BYERS, WSBA #45707<br>STEVEN H. WINTERBAUER, WSBA #16468<br>7683 S.E. 27th St., #495<br>Mercer Island, WA 98040<br>Phone: 206-676-8440<br>Email: mail@winterbaurerdiamond.com<br><br>*Counsel for Plaintiff* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME
2:21-cv-1388-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this  11th  day of         January        , 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

STIPULATION FOR EXTENSION OF TIME
2:21-cv-1388-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970